# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **CBC RESTAURANT CORP.**, *et al.*,[1] | Case No. 23-10245 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES

Mette H. Kurth, counsel for CBC Restaurant Corp. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, "Corner Bakery"), certifies that:

1. Attached hereto is an order (the "Omnibus Hearing Order") stating with specificity the time and date of each omnibus hearing presently scheduled in the above-captioned cases, subject to Court approval.

2. The Debtors hereby request that the Court enter the Omnibus Hearing Order.

3. Upon entry of the Omnibus Hearing Order, the Debtors will serve it upon: (a) the Office of the United States Trustee; and (b) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

*[Remainder of this page intentionally left blank.]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBC Restaurant Corp. (0801), Corner Bakery Holding Company (3981), and CBC Cardco, Inc. (1938). The Debtors' service address is 121 Friends Lane, Suite 301, Newtown PA 18940.

| | |
|---|---|
| Dated: March 7, 2023<br>Wilmington, Delaware | */s/ Mette H. Kurth*<br>Mette H. Kurth (DE Bar No. 6491)<br>**CULHANE MEADOWS, PLLC**<br>3411 Silverside Road<br>Baynard Building, Suite 104-13<br>Wilmington, Delaware 19810<br>Telephone: (302) 289-8839, Ext. 100<br>Email: mkurth@cm.law<br><br>*Proposed Counsel to the Debtors and Debtors In Possession* |

**Exhibit A**

**Order Scheduling Omnibus Hearing Dates**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **CBC RESTAURANT CORP.**, *et al.*,[1] | Case No. 23-10245 (KB) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. No. [●] |

## ORDER SCHEDULING OMNIBUS HEARING DATES

**IT IS HEREBY ORDERED** that the following omnibus hearing dates are scheduled in the above-captioned matter.

| **DATE** | **TIME** |
|---|---|
| | *(prevailing Eastern Time)* |
| March 28, 2023 | 1:00 p.m. |

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBC Restaurant Corp. (0801), Corner Bakery Holding Company (3981), and CBC Cardco, Inc. (1938). The Debtors' service address is 121 Friends Lane, Suite 301, Newtown PA 18940.

**IT IS HEREBY FURTHER ORDERED** that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 before the Honorable Karen B. Owens.