UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Chapter **11**

Case No. **10**-**10245** (**KBO**)

Debtor: CBC Restaurant Corporation et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **John D. Dalton** to represent **KBSIII 500 West Madison, LLC** in this action.

/s/ Alan D. Albert (DE 6258)

Firm Name: O'Hagan Meyer PLLC
Address: 800 N. King Street, Ste 303
Wilmington, DE 19801
Phone: (302) 492-2151
Email: aalbert@ohaganmeyer.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Illinois** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*John Dalton*

Firm Name: O'Hagan Meyer PLLC
Address: One East Wacker Dr, Ste 3400
Chicago, IL 60601
Phone: (312) 741-4502
Email: jdalton@ohaganmeyer.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105