**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CBC RESTAURANT CORP., *et al.*,[1] | Case No. 23-10245-KBO |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. _____** |

**ORDER GRANTING SSCP RESTAURANT INVESTORS LLC'S**
**MOTION TO APPOINT CHAPTER 11 TRUSTEE**

Upon the motion (the "**Motion**")[2] of SSCP Restaurant Investors LLC ("**SSCP**") for entry of an order (this "**Order**"): (a) entry of an order directing the appointment of a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a), and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court finding that it may enter a final order consistent with Article III of the United States Constitution; and this Court finding that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court finding that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and upon

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBC Restaurant Corp. (0801), Corner Bakery Holding Company (3981), and CBC Cardco, Inc. (1938). The Debtors' service address is 121 Friends Land, Suite 300, Newtown PA 18940.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The United States Trustee is hereby directed to appoint one disinterested person as chapter 11 trustee for each of the Debtors in these Cases and to apply to this Court for an order approving such appointment in accordance with 11 U.S.C. 1104(d) and Bankruptcy Rule 2007.1.

3.      The Debtors and any other individual or entity in possession of the Debtors' records and property shall cooperate with the Chapter 11 Trustee and immediately turn over to the Chapter 11 Trustee all records and property of the estate in their possession or control as directed by the Chapter 11 Trustee.

4.      The terms and conditions of this Order are effective and enforceable immediately upon its entry.

5.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.