**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                    )
In re:                              )   Chapter 11
                                    )
CBC RESTAURANT CORP., et al.        )   Case No. 23-10245 (KBO)
                                    )
             Debtors.               )   (Joint Administration Requested)
                                    )
_____)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Bradshaw Rost, Esq., of Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, Maryland 20815 hereby enters his appearance on behalf of MEPT 777 6th Street LLC, a creditor. This appearance is intended solely for the purpose of receiving notices to include, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interest of MEPT 777 6th Street LLC and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Dated: April 14, 2023                      Respectfully Submitted,

                                           */s/ Bradshaw Rost*
                                           Bradshaw Rost, Esq.
                                           Tenenbaum & Saas, P.C.
                                           4504 Walsh Street, Suite 200
                                           Chevy Chase, Maryland 20815
                                           (301) 961-5300 – Phone
                                           BRost@tspclaw.com
                                           *Counsel for Creditor*,
                                           *MEPT 777 6th Street LLC*