**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**CBC RESTAURANT CORP.**, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10245 (KBO)<br>(Jointly Administered)<br><br>Re: Dkt. No. 361, 375 |

**NOTICE OF EXTENSION OF BID DEADLINE AND**
**CHANGE OF AUCTION LOCATION**

**PLEASE TAKE NOTICE THAT**, on April 20, 2023, the United States Bankruptcy Court for the District of Delaware entered its *Order: (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Scheduling Bid Deadlines and the Auction; and (III) Approving Form and Manner and Notice Thereof, and (IV) Granting Related Relief; and (III) Granting Related Relief* [Dkt. No. 361].[2]

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Sections II.A and XI of the Bidding Procedures, the Debtors, following consultation with the Consultation Parties, have extended the Bid Deadline by which bidders must submit a bid for the Acquired Assets (as well as the deposit and all other documentation required under the Bidding Procedures) from May 25, 2023 to **May 26, 2023 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Sections VII and XI of the Bidding Procedures, the Debtors, following consultation with the Consultation Parties, have determined to move the Auction, if one is held, to the offices of Potter Anderson Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, Wilmington DE 19801 (or by videoconference to the live proceedings at this location).

| | |
|---|---|
| Dated: May 22, 2023<br>Wilmington, Delaware | */s/ Mette H. Kurth*<br>Mette H. Kurth (DE Bar No. 6491)<br>**CULHANE MEADOWS, PLLC**<br>3411 Silverside Road<br>Baynard Building, Suite 104-13<br>Wilmington, Delaware 19810<br>Telephone: (302) 289-8839, Ext. 100<br>Email: mkurth@cm.law<br>*Counsel to the Debtors and Debtors In Possession* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBC Restaurant Corp. (0801), Corner Bakery Holding Company (3981), and CBC Cardco, Inc. (1938). The Debtors' service address is 121 Friends Lane, Suite 301, Newtown PA 18940.

[2] All capitalized terms used herein and not otherwise defined have the meanings set forth in the Bidding Procedures Order.

1