# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**CBC RESTAURANT CORP.** *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 23-10245 (KBO)<br>(Jointly Administered)<br><br>**Hearing Date:**<br>June 13, 2023 at 9:30 a.m. (ET) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 13, 2023 AT 9:30 A.M. (ET) BEFORE THE HONORABLE KAREN B. OWENS OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

## ZOOM INSTRUCTIONS

This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.

**Please Note: All individuals participating by video must register at least two hours prior to the hearing at the provided link.**

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJItcOmrqDkpH-7CxF7MCMlRBhAkYIqlXOo

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when logging into Zoom or you will not be allowed into the meeting.

## MATTERS GOING FORWARD

1. Emergency Motion of the Debtors: (A) for an Order to Show Cause Why Pandya Management, LLC, Jignesh (Jay) Pandya, Ronak Pandya, and Krupa Patel Should Not Be Held in Contempt and Why Sanctions Should Not Be Imposed for Failure to Comply With (I) The Court's (I)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBC Restaurant Corp. (0801), Corner Bakery Holding Company (3981), and CBC Cardco, Inc. (1938). The Debtors' service address is 121 Friends Lane, Suite 301, Newtown PA 18940.

1

Order Granting Motion of Debtors to Compel Turnover of All Books, Records, Systems, and Processes Related to the Debtors and Their Operations in the Possession and Control of Pandya Management, LLC, and (II) Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing and Approving (I) the Agreement With CR3 Partners, LLC to Provide Greg Baracato to Serve as the Debtors Chief Restructuring Officer and the Temporary Staff; and (II) the Employment of Mr. Baracato and the Temporary Staff, Effective as of March 17, 2023; (B) for and Order Compelling Compliance Therewith; and (C) for Related Relief [Filed: 6/8/2023] (D.I. No. 604)

Response Deadline: Objections to the Show Cause Motion may be made orally at the hearing, and any written responses and objections may be filed at any time prior to the hearing.

Responses Received: None

Related Documents:

A. Order Expediting Hearing and Shortening Objection Period with Respect to: Emergency Motion of the Debtors (A) for an Order to Show Cause Why Pandya Management, LLC, Jignesh (Jay) Pandya, Ronak Pandya, and Krupa Patel Should Not Be Held in Contempt and Why Sanctions Should Not be Imposed for Failure to Comply with the Courts (I) Order Granting Motion of Debtors to Compel Turnover of All Books, Records, Systems, and Processes Related to the Debtors and their Operations in the Possession and Control of Pandya Management, LLC; and (II) Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing and Approving the Agreement with CR3 Partners, LLC to Provide Greg Baracato to Serve as the Debtors Chief Restructuring Officer and the Temporary Staff; and (II) the Employment of Mr. Baracato and the Temporary Staff, Effective as of March 17, 2023; (B) For an Order Compelling Compliance Therewith; and (C) For Related Relief [SIGNED: 6/9/2023] (D.I. No 607)

Status: The Debtors have reached out to counsel for Pandya Management, Jignesh Pandya, and Ronak Pandya in an effort to address the matters set forth in the Show Cause Motion and will immediately alert the Court if a resolution is reached. This matter is going forward at this time.

Dated: June 9, 2023
Wilmington, Delaware

*/s/ Mette H. Kurth*
Mette H. Kurth (DE Bar No. 6491)
**CULHANE MEADOWS, PLLC**
3411 Silverside Road
Baynard Building, Suite 104-13
Wilmington, Delaware 19810
Telephone: (302) 289-8839 Ext. 100
Email: mkurth@cm.law

*Counsel for Debtors and Debtors in Possession*