# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**CBCRC LIQUIDATING CORP**. *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10245 (KBO)<br>(Jointly Administered)<br><br>Re: D.I. No 935 |

## ORDER APPROVING THE STIPULATION BY AND AMONG THE DEBTORS AND BCN TELECOM, INC.

CBCRC Liquidating Corp. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] and BCN Telecom, Inc., ("BCN"), stipulate and agree as follows:

1. The Stipulation attached hereto as Exhibit 2 is granted as set forth herein.

2. The foregoing Stipulation is approved.

3. The automatic stay is lifted.

4. The Debtors and BCN are authorized to perform under the Stipulation as set forth therein.

5. As of the date of this Order, the Stipulation shall be binding on the Parties, any of the Parties' successors or assigns, and the Debtors' bankruptcy estates.

6. The Debtors and BCN are each authorized to take all actions necessary to implement the Stipulation (including the transactions contemplated therein which include

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBCRC Liquidating Corp. (0801), CBHC Liquidating Company (3981), and CBCCI Liquidating Inc. (1938). The Debtors' service address is Corner Bakery, c/o CR3 Partners, Attn: Greg Baracato, Chief Restructuring Officer, 13355 Noel Road, Suite 2005, Dallas TX 75240.

without limitation BCN terminating the Services effective as of the date of entry of this Order) and to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 2nd, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**