## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**CBCRC LIQUIDATING CORP.**, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10245 (KBO)<br><br>Jointly Administered<br><br>**Re: D.I. No. 1161** |

### NOTICE OF CONVERSION

**PLEASE TAKE NOTICE THAT,** on July 2, 2024, the United States Bankruptcy Court for the District of Delaware entered its *Order Approving the Motion of the Debtors for Entry of an Order: (I) Approving the Settlement Agreement in Connection with the Asset Purchase Agreement By and Among the Debtors and SSCP Restaurant Investors, LLC Dated June 14, 2023; (II) Authorizing the Debtors to Convert These Cases to Cases Under Chapter 7; and (III) Granting Related Relief* (the "**Order Authorizing Conversion**") [D.I. No. 1161].[2]

**PLEASE TAKE FURTHER NOTICE THAT** Paragraph 8 of the Order Authorizing Conversion provides that the Debtors may file a *Notice of Conversion* after their Remaining Cash has been distributed, and effective as of the date of filing of that *Notice of Conversion*, the Debtors' Chapter 11 cases shall be converted to cases under Chapter 7 of the Bankruptcy Code pursuant to Bankruptcy Code section 1112.

**PLEASE TAKE FURTHER NOTICE THAT,** on or about September 10, 2024, the Debtors distributed the Remaining Cash to all holders of administrative expense claims allowed

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBCRC Liquidating Corp. (0801), CBHC Liquidating Company (3981), and CBCCI Liquidating Inc. (1938) (collectively, the "**Debtors**"). The Debtors' service address is Corner Bakery, c/o CR3 Partners, Attn: Greg Baracato, Chief Restructuring Officer, 13355 Noel Road, Suite 2005, Dallas TX 75240.

[2] All capitalized terms used herein and not otherwise defined have the meanings set forth in the Order Authorizing Conversation and the attachments thereto.

1

and entitled to payment from the Remaining Cash consistent with the Order Authorizing Conversion and as reflected on the *Schedule of Administrative Expense Payments from Remaining Cash* attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT,** accordingly, effective as of September 13, 2024, pursuant to the Order Authorizing Conversion, the Debtors' Chapter 11 cases are hereby converted to cases under Chapter 7 of the Bankruptcy Code pursuant to Bankruptcy Code section 1112.

| | |
|---|---|
| Dated: September 13, 2024<br>Wilmington, Delaware | **CULHANE HAUGHIAN & WALSH PLLC**<br><br>/s/ *Mette H. Kurth*<br>Mette H. Kurth<br>3411 Silverside Road<br>Baynard Building, Suite 104-13<br>Wilmington, Delaware 19810<br>Telephone: (844) 285-4263 Ext. 794<br>Email: mkurth@cm.law<br><br>*Counsel for Debtors and Debtors in Possession* |

# EXHIBIT A

*Schedule of Administrative Expense Payments from Remaining Cash*