**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>CBCRC LIQUIDATING CORP.<br><br><br>Debtor(s) | CASE NO. 23-10245 (KBO)<br><br>CHAPTER 7<br><br>**Objection Deadline: December 29, 2025 at 4:00 p.m.**<br>**Hearing Date: January 23, 2026 at 10:00 a.m.** |

**MOTION TO DEPOSIT UNCLAIMED FUNDS PURSUANT TO**
**FED. R. BANKR. P. 3011 AND DEL. BANKR. L.R. 3011-1**

George L. Miller, the chapter 7 trustee (the "Trustee") for the above-captioned case hereby submits this motion (the "Motion") pursuant to Fed. R. Bankr. P. 3011 and Del. Bankr. L.R. 3011-1, for permission to deposit unclaimed distributions in the amount $6,365.03 (the "Unclaimed Funds") into the Registry of the Court.  The names(s) and address(es) of the Claimant(s) and the distribution amounts to which the Claimants are entitled are as follows:

| Claim # | Name & Address of Claimant | Reason | Claim Amount | Dividend Amount |
|---|---|---|---|---|
| 268 | NuCo2 LLC<br>2800 SE Market Place<br>Stuart, FL 34997 | Unresponsive | $4,098.38 | $4,098.38 |
| 1076 | Culligan San Antonio<br>1034 Austin St.1034 Austin St.<br>San Antonio, TX 78208 | Unresponsive | 1,404.08 | 1,404.08 |
| 1087 | All About Plumbing<br>8816 Foothill Blvd. #103<br>Suite 406<br>Rancho Cucamonga, CA 91730 | Unresponsive | 862.57 | 862.57 |

Total Unclaimed Dividends          $6,365.03

**JURISDICTION AND VENUE**

1.  The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.  Venue is proper in this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The predicates for the relief sought herein are §§ 105(a) and 347 of the Bankruptcy Code, Rule 3011 of the Bankruptcy Rules and Del. Bankr. L.R. 3011-1.

**BACKGROUND**

4.  On February 22, 2023 (the "Petition Date"), the Debtor commenced a bankruptcy case by filing the voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

5.  On September 13, 2024, the Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code (the "Conversion Date") and on the same date the Trustee was appointed to administer the Debtor's bankruptcy case in Chapter 7.

6.  On May 30, 2025, the Trustee filed the Trustee's Final Report and Account of the Administration of the Estate (the "Final Report").

7.  On August 6, 2025, the Court entered an Order approving the Final Report and authorizing the Trustee to distribute the funds in the Debtor's bankruptcy estate in accordance therewith, and the Trustee made the distribution to creditors in accordance with the Final Report.

8.  The distribution included numerous checks including those made payable to the creditors identified above (the "Claimants").  The distribution checks were mailed to the

Claimant's addresses listed in the Final Report, which were the addresses provided in the Proofs of Claim filed by the Claimants.

9. The Trustee listed the Claimants in the Final Report; the Claimants did not object to the Final Report or to the addresses listed for distribution.

10. After reasonable investigation, the Trustee was unable to locate the Claimants as indicated above.

## RELIEF REQUESTED

11. By this Motion, the Trustee respectfully requests that the Court enter an Order authorizing the deposit of the Unclaimed Funds, totaling $6,365.03 into the Registry of the Court.

## BASIS FOR RELIEF

12. Pursuant to Section 347 of the Bankruptcy Code, "[n]inety days after the final distribution under section 726, 1226, or 1326 of this title in a case under chapter 7, 12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of the estate shall be paid into the court and disposed of under chapter 129 of title 28." 11 U.S.C. § 347.

13. Ninety (90) days have passed since the Trustee made final distribution in this case and the Trustee has voided the Unclaimed Funds.

14. Pursuant to Bankruptcy Rule 3011 and Del. Bankr. L.R. 3011-1, the Trustee has included above (i) Claimants' known names, (ii) Claimants' known addresses, (iii) the amounts the Claimants are entitled to receive in accordance with the Final Report and Order of Distribution that the Trustee seeks to be paid into the Registry of the Court pursuant to § 347

of the Bankruptcy Code, and after reasonable investigation (iv) the Trustee's status as to why the distribution did not occur.

## NOTICE

15. Trustee shall serve a copy of this Motion on (a) the United States Trustee, and (b) the Claimants identified above.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order in the form attached hereto authorizing the Trustee to deposit the Unclaimed Funds into the Registry of the Court and for such other and further relief as is just and proper.

Dated: December 11, 2025

*/s/ George L. Miller*

George L. Miller, Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
Tele: (215) 561-0950
Fax: (215) 561-0330